JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR STEVEN ACOSTA, JR.<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 8:19-CV-00178-JLS<br>Case No. 8:16-CR-00090-JLS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

The Clerk shall close the case.

Dated: July 31, 2019

                                        JOSEPHINE L. STATON
                                      _____
                                      The Hon. Josephine L. Staton
                                      United States District Judge